# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE DAVIS, | Case No. 3:24-cv-00240-ART-CLB |
| Plaintiff | **ORDER** |
| v. | |
| TASHEENA COOKE, et al., | |
| Defendants. | |

On September 18, 2024, this Court entered a minute order directing Plaintiff to file a written notification of his change of address by November 18, 2024.  (ECF No. 5). Plaintiff has not yet submitted a written notification of his change of address.

The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  Nev. Loc. R. IA 3-1.

This Court grants Plaintiff until November 29, 2024, to file his updated address with this Court.  If Plaintiff does not update the Court with his current address by that date, this case will be subject to dismissal without prejudice.

For the foregoing reasons, **IT IS ORDERED** that Plaintiff shall file his updated address with the Court on or before November 29, 2024.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

**DATED**: November 14, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**